UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYRONE COOKSEY,

        Plaintiff,                   Case No.  03-74789

v.                                   District Judge Paul D. Borman
                                     Magistrate Judge R. Steven Whalen

SCOTT RECHTIGAL, JONATHAN
MUNSON, PATRICK McLAUGHLIN,
HARLEM ROBINSON and TIM KANE,
jointly and severally,

        Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION FOR
## PARTIAL SUMMARY JUDGMENT

      For the reasons stated on the record on September 6, 2005, Defendants' Motion for Partial Summary Judgment [Docket #31] is DENIED.

      SO ORDERED.

                                             S/R. Steven Whalen
                                             R. STEVEN WHALEN
                                             UNITED STATES MAGISTRATE JUDGE

Dated:  September 8, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 8, 2005.

                                                S/Gina Wilson
                                                Judicial Assistant